■ ´ FRANK SUSSI v. JULIA POLLAN.— Motion denied and the appeal is dismissed, with $10 costs. ·Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ N. V. SIMONS' METAALHANDEL, Respondent, v. HYMAN-MICHAELS COMPANY, Respondent, and ASSOCIATED METALS & MINERALS CORP. OF NEW YORK et al., Appellants.— The order made at Special Term is reversed on the facts, on the law and as a matter of discretion, with $20 costs and disbursements to the appellants, and the motion is granted, to the following extent: The defendant Hyman-Michaels Company is directed to produce all recordings of telephone conversations between its officers and the officers of Associated Metals & Minerals Corp. and Michael Flynn, Inc., during the months of November and December, 1954, and January and February of 1955, relating to the "Cabanos" joint venture, for the purpose of discovery and inspection by the defendants Associated Metals & Minerals Corp. of New York and Michael Flynn, Inc., and to permit the movants to make transcriptions of such recordings. Our courts neither prohibit the recording of a telephone conversation by one of the participants, nor the use of the recording as evidence (see *People* v. *Applebaum*, 277 App. Div. 43, 45, affd. 301 N. Y. 738; *People* v. *Saperstein*, 2 N Y 2d 210, 216). In *Applebaum*, the Appellate Division, Second Department, stated that "A subscriber has an absolute right to record his own communications and to protect the use made of his own telephone." The problem posed here must be distinguished from those that arise in connection with evidence obtained ·by unauthorized wiretapping. It may well ·be that the evidence sought herein will be material to the issues. Under the circumstances, discovery and inspection is the appropriate relief. ·Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ. Settle order.

■ In the Matter of the Arbitration between STANLEY J. STAKLINSKI and PYRAMID ELECTRIC COMPANY.— Motion for stay granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

### (January 21, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR BENJAMIN.— Motion granted insofar as to adjourn the argument of the appeal to the February 1959 Term of this court, and the time within which respondent may serve and file its brief is extended to and including January 23, 1959, and the time within which reply briefs thereto may be served and filed is extended to January 28, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

### (January 22, 1959)

■ GREENWICH VILLAGE BEVERAGES, INC. v. FOOD MERCHANDISERS, INC.— Motion to dismiss appeal denied, with $10 costs. ·Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ GREENWICH VILLAGE BEVERAGES, INC. v. FOOD MERCHANDISERS, INC.— Motion for stay granted on condition that appellant procures the record on appeal and appellant's points to ·be served and filed on or before February 3, 1959, with notice of argument for the March 1959· Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.